

11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Franklin Lee Ray,                               * From the 238th District Court
                                                  Midland County,
                                                  Trial Court No. CR39139.

Vs. No. 11-14-00279-CR                          * November 14, 2014

The State of Texas,                             * Per Curiam Memorandum Opinion
                                                  (Panel consists of: Wright, C.J.,
                                                  Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.